HENRY PRESSER, Appellant, *v.* CENTRAL TRUST AND SAVINGS COMPANY, Respondent.

HENRY PRESSER, Appellant, *v.* ERNEST RUFFER et al., Copartners Doing Business under the Firm Name of A. RUFFER & SONS, Respondents.

*Pledge — assignment of accounts receivable as collateral for loans — reassignment by assignee — when money collected on such accounts by subsequent assignee cannot be recovered by original pledgor on theory that loans had been paid.*

*Presser* v. *Central Trust & Savings Co.*, 189 App. Div. 721, affirmed.
*Presser* v. *Ruffer*, 190 App. Div. 912, affirmed.

(Argued December 6, 1921; decided January 10, 1922.)

APPEAL in each of the above-entitled actions from a judgment entered February 14, 1920, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The actions were brought to recover amounts received by defendants as the proceeds of certain accounts receivable assigned by plaintiff's assignors to one Dockendorff as collateral security for loans and by him repledged to the defendants which furnished the money loaned. Plaintiff alleged that the loans were repaid to Dockendorff without knowledge on the part of the assignors that the accounts receivable had been reassigned.

*Joseph M. Proskauer, Charles Capron Marsh* and *Wesley S. Sawyer* for appellant.

*Clifton P. Williamson* and *L. A. Doherty* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.   Absent: POUND, J.